No. 9777.   EUGENE W. HILL, Plaintiff and Respondent, v. LORRAINE A. HILL, Defendant, and GEORGE W. HARGRAVES, Respondent and Appellant.

328 Pac. (2d) 403.

Decided July 14, 1957.

Ralph J. Anderson, Stanley P. Sorenson, Helena, Mouat & Overfelt, Billings, for Appellant.

Charles F. Moses, Billings, for Respondent.

Pursuant to written stipulation for counsel for the respective parties, it is ordered that the above numbered and entitled appeal be, and it is hereby, dismissed.

MR. CHIEF JUSTICE HARRISON, and MR. JUSTICES CASTLES, BOTTOMLY, ANGSTMAN, and ADAIR, concur.

No. 9872.   FORD BROWN, Plaintiff and Respondent, v. C. A. LESTER, Defendant and Appellant

328 Pac. (2d) 403.

Decided August 14, 1958.

E. K. Cheadle, Billings, for Appellant.

Seth Bohart, Lyman H. Bennett, Jr., Bozeman, for Respondent.

MR. CHIEF JUSTICE HARRISON:

Pursuant to stipulation filed, it is hereby ordered that this appeal be dismissed.